UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL VALDEZ, FN2300108,<br>Petitioner,<br>v.<br>SANTA CLARA COUNTY JAIL,<br>Respondent. | Case No. 23-cv-05734-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

    This habeas corpus action by a pretrial detainee at the Monterey County Jail was filed on November 3, 2023. The court notified petitioner in writing at that time that the action was deficient because petitioner did not pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

    More than 28 days have elapsed; however, petitioner has not provided the court with the requisite items or sought an extension of time to do so. This action accordingly is DISMISSED without prejudice.

    The clerk is directed to close the file and terminate all pending motions as moot.

    **IT IS SO ORDERED**.

Dated: December 19, 2023

_____
CHARLES R. BREYER
United States District Judge